# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOLITA DUGLAS,** : | |
|    Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 22-CV-4207** |
| : | |
| **MILAGROS-SOTO-PILLOT, DO,** : | |
|    Defendant. : | |

## ORDER

AND NOW, this 1st day of November, 2022, upon consideration of Lolita Duglas's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Duglas's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B) for the reasons stated in the Court's Memorandum as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Clerk of Court shall **CLOSE** this case.

                       **BY THE COURT:**

                         */s/ Juan R. Sánchez*
                         **JUAN R. SÁNCHEZ, C.J.**